Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) <br> ) <br> NORD RESOURCES CORPORATION, ) <br> ) <br> ) <br> ) <br> Debtor. ) <br> ) | No. 4:15-bk-13197-BMW <br><br> (Chapter 11) <br><br> MOTION TO TRANSFER CASE |

COMES NOW Nord Resources Corporation, Debtor-in-possession, by and through its counsel undersigned and files this motion to transfer and/or reassign this case from the Honorable Brenda Moody Whinery to a Judge in the Phoenix Bankruptcy Court. In support thereof, debtor alleges as follows:

1. This case was filed on October 15, 2015.

2. Debtor is a Delaware corporation which owns assets located in Cochise County, Arizona.

3. Despite assurances to the contrary from this Counsel Debtor's principales have requested that the case be transferred and/or reassigned to a Judge in the Phoenix Bankruptcy Court.

4. Debtor believes due to the longstanding history of the Receiver Christopher G. Linscott being represented by Mesch, Clark & Rothschild, P.C. is a potential conflict before this Court.

5. Both current Tucson Judges were employed with the firm Mesch, Clark & Rothschild, P.C. The Honorable Scott Gan was the Judge originally assigned to this case. Judge Gan

1. has transferred this case to Judge Whinery for unknown reasons.

6. The debtor believes that they can not get a fair and impartial hearing due to the relationship that previously existed. This counsel has assured the Debtor otherwise but Debtor has insisted that this Counsel file the motion to have the case be transferred and/or reassigned to another judge. The board members of the debtor have signed a corporate resolution attached hereto as Exhibit "A" requesting the change of the current Judge residing over these proceedings.

WHEREFORE, it is very respectfully requested that this case be transferred and/or reassigned to a Judge in the Phoenix Bankruptcy Court.

DATED October 21, 2015.

LAW OFFICES OF
ERIC SLOCUM SPARKS, P.C.

/s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed October 21, 2015
to:

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

Michael McGrath
Issac D. Rothschild
MESCH, CLARK & ROTHSCHILD, P.C.
259 N. Meyer Ave
Tucson, AZ 85701
*Attorneys for Receiver Christopher G. Linscott*

Robert M. Charles, Jr.
Lewis Roca Rothgerber LLP
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611
*Attorneys for Excelsior JCM Mining, Inc.*

Nancy J. March
FENNEMORE CRAIG, P.C.
One South Church Ave, Suite 1000
Tucson, AZ 85701-1627

*Attorneys for Nedbank Limited*

/s/ A. Court-Sanchez