THIS ORDER IS APPROVED.

Dated: October 21, 2015

Brenda Moody Whinery, Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NORD RESOURCES CORPORATION, | Case No.: 4:15-bk-13197-BMW |
| Debtor. | |
| | **ORDER DENYING MOTION TO TRANSFER CASE AND MOTION FOR EXPEDITED HEARING** |

Upon review and consideration of the Debtor's Motion to Transfer Case (the "Motion to Transfer") (Docket No. 24) which requests that this case be reassigned to a Judge in Phoenix on the basis of a potential conflict, and Motion for Expedited Hearing (the "Motion to Expedite") (Docket No. 25), the Motion having failed to provide any factual or legal basis to support the Motion, and the Court determining that a hearing is not necessary, and that no basis for recusal or disqualification exists pursuant to 28 U.S.C. §455, the Judicial Code of Conduct, or otherwise,

IT IS HEREBY ORDERED DENYING the Motion to Transfer.

DATED AND SIGNED ABOVE.

To be NOTICED by the BNC ("Bankruptcy Noticing Center") to:

Nord Resources Corporation
One West Wetmore #203
Tucson, AZ  85705

| | |
|---|---|
| 1 | Eric Slocum Sparks<br>Eric Slocum Sparks PC |
| 2 | 110 S Church Ave #2270<br>Tucson, AZ  85701 |
| 3 | *Attorney for Debtors* |
| 4 | |
| | All Interested Parties |
| 5 | |
| 6 | U.S. Trustee<br>Office of the U.S. Trustee |
| 7 | 230 N First Ave, Ste 204<br>Phoenix, AZ  85003 |
| 8 | |