UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>NORD RESOURCES CORPORATION,<br><br>Debtor. | Chapter 11 Proceeding<br><br>No. 4:15-bk-13197-BMW<br><br>**STIPULATED ORDER ON RECEIVER'S EMERGENCY MOTION TO DISMISS, MODIFY STAY, ABSTAIN OR SUSPEND** |

Pursuant to 11 U.S.C. §§ 105, 305 and 1112(b)(1) and the Stipulation of the Parties, the Court hereby finds that it is in the best interest of the Creditors and Debtor to dismiss this case.

**IT IS HEREBY ORDERED** that the Receiver's Emergency Motion to Dismiss, Modify, Stay, Abstain, or Suspend (Docket No. 5) is GRANTED. The Bankruptcy case is dismissed and the State Court may consider the Receiver's Motion to Sell. This order is immediately effective without a stay pending appeal or otherwise.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that any subsequent filing of a bankruptcy for Nord Resources Corporation on or before January 1, 2016: (i) shall be assigned to this judge; and (ii) will not trigger the automatic stay absent a ruling from this Court granting a stay. |
| 4 | **IT IS FURTHER ORDERED** that the parties shall bear their own costs and attorneys fees related to this bankruptcy case. The Receiver will not pursue any further actions for a bad faith filing. |

**DATED AND SIGNED ABOVE.**

**AGREED TO FORM AND SUBSTANCE BY:**

LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.

By s/ Eric Slocum Sparks
    Eric S. Sparks
Proposed Attorney for the Debtor

MESCH, CLARK & ROTHSCHILD, P.C.

By s/ Michael McGrath
    Michael McGrath
    Isaac D. Rothschild
Attorneys for Chris Linscott as Receiver
for Nord Resources

22U2608